**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**GRAMERCY EAST APTS.**                                    **PLAINTIFF**

**V.**                                         **NO. 3:24-CV-319-DMB-RP**

**TAYLORE K NEAL**
**and all other occupants**                               **DEFENDANTS**

## ORDER

On October 21, 2024, United States Magistrate Judge Roy Percy issued a "Report and Recommendation" recommending this case be remanded to the Justice Court of Desoto County, Mississippi. Doc. #7. Because Judge Percy issued an "Amended Report and Recommendation" with the same recommendation on November 8, 2024, *see* Doc. #8, the Clerk of the Court is directed to terminate as moot the October 21 "Report and "Recommendation" [7].

**SO ORDERED**, this 25th day of November, 2024.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**